## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

JAMIE NICOLE STANLEY,

                               **CIVIL NUMBER: 3:23-cv-00009-SHL-HCA**

        Plaintiff(s),

v.                                     **JUDGMENT IN A CIVIL CASE**

MARTIN J. O'MALLEY,
Commissioner of Social Security

        Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**:

The final decision of the Commissioner is affirmed. Judgment is entered in favor of Defendant and against Plaintiff.

Date: September 30, 2024

                                                               CLERK, U.S. DISTRICT COURT

                                                               /s/  M. Mast

                                                               By: Deputy Clerk